FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Federal Bureau of Prisons**

was received by me on *(date)* **8/5/2021** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the Federal Bureau of Prisons by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the Federal Bureau of Prisons on 8/5/2021. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 8/10/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **8/13/2021**

*Server's signature* (signed)

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10031
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the complaint and all summonses by USPS certified mail to the Attorney General of the United States on 8/5/2021; and (2) mailing a copy of the complaint and all summonses to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 8/5/2021. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing that the summonses and complaint were delivered on 8/10/2021 and 8/9/2021 respectively.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee: $3.60
Postage: $1.40
Total Postage and Fees: $5.00
Sent To: U.S. Dept. of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4®: Washington, DC 20530-0001

Postmark: HAMILTON GRANGE STA, AUG - 5 2021, NY NY 10031

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee: $3.60
Postage: $1.40
Total Postage and Fees: $5.00
Sent To: U.S. Attorney's Office / Civil Process Clerk
Street and Apt. No., or PO Box No.: 86 Chambers St., 3rd Floor
City, State, ZIP+4®: New York, NY 10807

Postmark: HAMILTON GRANGE STA, AUG - 5 2021, NY NY 10031

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee: $3.60
Postage: $1.40
Total Postage and Fees: $5.00
Sent To: Federal Bureau of Prisons
Street and Apt. No., or PO Box No.: 320 First Ave, NW
City, State, ZIP+4®: Washington, DC 20534

Postmark: HAMILTON GRANGE STA, AUG - 5 2021, NY NY 10031

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Certified Mail Fee: $3.60
Postage: $1.40
Total Postage and Fees: $5.00
Sent To: Attorney General of U.S. / DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4®: Washington, DC 20530-0001

Postmark: HAMILTON GRANGE STA, AUG - 5 2021, NY NY 10031

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70182290000117376701                                     Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:07 am on August 9, 2021 in WASHINGTON, DC 20534.

## ⊘ Delivered, Front Desk/Reception/Mail Room

August 9, 2021 at 11:07 am
WASHINGTON, DC 20534

Get Updates ⌄

---

Text & Email Updates                                                         ⌄

---

Tracking History                                                             ⌄

---

Product Information                                                          ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

USPS.com® - USPS Tracking® Results     https://tools.usps.com/go/TrackConfirmAction!input.action?tLabels...

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70182290000117376664                                    Remove ✕

Your item was delivered at 4:58 am on August 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

August 10, 2021 at 4:58 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

USPS.com® - USPS Tracking® Results    https://tools.usps.com/go/TrackConfirmAction!input.action?tLabels...

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70182290000117376657

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 4:34 pm on August 9, 2021 in NEW YORK, NY 10007.

## ⊘ Delivered, Front Desk/Reception/Mail Room

August 9, 2021 at 4:34 pm
NEW YORK, NY 10007

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.