Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  see note below

was received by me on *(date)* 8/5/2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I mailed a copy of the complaint and the summonses for the Federal Bureau of Prisons and U.S. Department of Justice by USPS certified mail to the Attorney General of the United States on 8/5/2021. Please see the attached USPS receipt, showing the delivery address, and the delivery confirmation, showing that the summonses and complaint were delivered on 8/10/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/13/2021

*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10031
*Server's address*

Additional information regarding attempted service, etc:

**Receipt 1** (7018 2290 0001 1737 4421)
- Certified Mail Fee: $3.60
- Postage: $1.40
- Total Postage and Fees: $5.00
- Postmark: Hamilton Grange Sta, AUG -5 2021, NY NY 10031
- Sent To: U.S. Dept of Justice
- Street: 950 Pennsylvania Avenue, NW
- City, State, ZIP: Washington, DC 20530-0001

**Receipt 2** (7018 2290 0001 1737 4457)
- Certified Mail Fee: $3.60
- Postage: $1.40
- Total Postage and Fees: $5.00
- Postmark: Hamilton Grange Sta, AUG -5 2021, NY NY 10031
- Sent To: U.S. Attorney's Office / Civil Process Clerk
- Street: 86 Chambers St., 3rd Floor
- City, State, ZIP: New York, NY 10007

**Receipt 3** (7018 2290 0001 1737 4701)
- Certified Mail Fee: $3.60
- Postage: $1.40
- Total Postage and Fees: $5.00
- Postmark: Hamilton Grange Sta, AUG -5 2021, NY NY 10031
- Sent To: Federal Bureau of Prisons
- Street: 320 First Ave, NW
- City, State, ZIP: Washington, DC 20534

**Receipt 4** (7018 2290 0001 1737 4464)
- Certified Mail Fee: $3.60
- Postage: $1.40
- Total Postage and Fees: $5.00
- Postmark: Hamilton Grange Sta, AUG -5 2021, NY NY 10031
- Sent To: Attorney General of US / DOJ
- Street: 950 Pennsylvania Ave, NW
- City, State, ZIP: Washington, DC 20530-0001

USPS.com® - USPS Tracking® Results    https://tools.usps.com/go/TrackConfirmAction!input.action?tLabels...

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70182290000117376664

Remove ✕

Your item was delivered at 4:58 am on August 10, 2021 in WASHINGTON, DC 20530.

## ✓ Delivered

August 10, 2021 at 4:58 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**