

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

      Re:    *Knight First Amendment Institute at Columbia University v. Federal Bureau of Prisons, et ano.*, No. 21 Civ. 6579 (JMF)

Dear Judge Furman:

      This Office represents the defendants, the Federal Bureau of Prisons and the U.S. Department of Justice (collectively, "Defendants"), in the above-referenced case brought by plaintiff the Knight First Amendment Institute at Columbia University ("the Knight Institute"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully pursuant to Part 1.F of the Court's Individual Rules and Practices to request an extension of the time for Defendants to answer the complaint, from September 9, 2021, to September 17, 2021. This is Defendants' first request for an extension of time to respond to the complaint, and the Knight Institute consents to this request.

      Defendants request this extension because undersigned counsel was assigned to this case only this week but is unavailable from August 21 through September 12 on account of previously scheduled leave and an extended childcare gap. There are currently no deadlines or appearances scheduled in this case, but by separate joint letter the parties have requested that a joint status letter also be due on September 17.

Honorable Jesse M. Furman
Page 2

    We thank the Court for its consideration of this request.

                                       Respectfully submitted,

                                       AUDREY STRAUSS
                                     United States Attorney

                       By:  s/ Anthony J. Sun
                            ANTHONY J. SUN
                            Assistant United States Attorney
                            86 Chambers St., 3rd Floor
                            New York, New York  10007
                            (212) 637-2810

cc:    (by ECF)
       Stephanie Krent
       Alex Abdo
       *Counsel for Plaintiff*

Application GRANTED.  Defendants' deadline to respond to the Complaint is extended to September 17, 2021.  The Clerk of Court is directed to terminate ECF No. 17.  SO ORDERED.

August 19, 2021