

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 27, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

      Re: *Knight First Amendment Institute at Columbia University v. Federal Bureau of Prisons, et ano.*, No. 21 Civ. 6579 (JMF)

Dear Judge Furman:

      This Office represents the defendants, the Federal Bureau of Prisons and the U.S. Department of Justice (collectively, "Defendants"), in the above-referenced case brought by plaintiff the Knight First Amendment Institute at Columbia University ("the Knight Institute"), pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I write respectfully pursuant to Part 1.F of the Court's Individual Rules and Practices to request an adjournment of the telephone conference to address how to proceed in this matter, from September 30, 2021, at 4:00 p.m., to October 1, 2021, any time between 11:00 a.m. and 4:30 p.m. This is Defendants' first request for an adjournment of the conference date, and the Knight Institute consents to this request.

      Defendants request this extension because undersigned counsel has a previously scheduled in-person, all-day mediation at JAMS in another matter[1] beginning at 9:00 a.m. on September 30. The parties do not have any other scheduled appearances, and no deadlines have yet been set in this matter. The Knight Institute is also available in the proposed window on October 1.

---

[1] *Official Committee of Unsecured Creditors v. Adolph*, Adv. Proc. No. 21-7002 (Bankr. S.D.N.Y.).

Honorable Jesse M. Furman
Page 2

    We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

                         By:  s/ Anthony J. Sun
                                      ANTHONY J. SUN
                                      Assistant United States Attorney
                                      86 Chambers St., 3rd Floor
                                      New York, New York  10007
                                      (212) 637-2810

cc:     (by ECF)
        Stephanie Krent
        Alex Abdo
        *Counsel for Plaintiff*