UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KNIGHT FIRST AMENDMENT INSTITUTE AT      :
COLUMBIA UNIVERSITY,                     :
                                         :
                         Plaintiff,      :    21-CV-6579 (JMF)
                                         :
         -v-                             :    ORDER
                                         :
FEDERAL BUREAU OF PRISONS, et al.,       :
                                         :
                         Defendants.     :
                                         :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In this case, Plaintiff Knight First Amendment Institute at Columbia University ("Knight Institute") seeks information from Defendant the Federal Bureau of Prisons ("BOP") related to the digitization, retention, and surveillance of mail sent to individuals incarcerated in jails and prisons. As discussed on the record during today's teleconference, the Court orders as follows:

- The BOP shall review the responsive records that have already been identified, and shall produce all responsive, non-exempt records, other than those requiring consultation pursuant to 28 C.F.R. § 16.7, by **October 29, 2021**.

- The BOP shall produce the remainder of the responsive, non-exempt records that have already been identified — i.e. those requiring consultation — by **November 29, 2021**.

- Thereafter, the BOP shall produce any additional responsive, non-exempt records that are identified at a rate of 700 pages per month.

      Finally, by **November 15, 2021**, the parties shall confer and file a joint letter on the docket updating the Court regarding the number of additional responsive records that have been identified and whether the 700 pages per month processing rate warrants modification.

      SO ORDERED.

Dated: October 1, 2021  
      New York, New York

_____  
JESSE M. FURMAN  
United States District Judge