February 18, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

        Re:    *Knight First Amendment Institute at Columbia University v. Federal Bureau of Prisons and U.S. Department of Justice*, No. 21 Civ. 6579 (JMF)

Dear Judge Furman:

On behalf of the parties in the above-referenced case brought by plaintiff the Knight First Amendment Institute at Columbia University ("the Knight Institute"), against the Federal Bureau of Prisons ("BOP") and the U.S. Department of Justice (collectively, "Defendants"), we write respectfully to provide a status update as directed by the Court's order dated January 25, 2022, Dkt. No. 35.

Since the last status report, the parties have continued their discussions to narrow and resolve any remaining issues. The parties have further narrowed the issues, and in addition, BOP has agreed to run a supplemental search. The parties believe that additional time will allow them to continue narrowing outstanding issues, and to allow BOP to conduct the supplemental search.

Accordingly, the parties respectfully request that the Court permit the parties to submit a further status report on March 7, 2022, advising the Court of the parties' progress.

        Respectfully submitted,

| | |
|---|---|
| /s/[1] <br> Stephanie Krent <br> Alex Abdo <br> Alyssa Morones* <br> Knight First Amendment Institute at Columbia <br>   University <br> 475 Riverside Drive, Suite 302 <br> New York, NY 10115 <br> (646) 745-8500 <br> stephanie.krent@knightcolumbia.org | DAMIAN WILLIAMS <br> United States Attorney <br><br> By: s/ Anthony J. Sun <br> ANTHONY J. SUN <br> Assistant United States Attorney <br> 86 Chambers St., 3rd Floor <br> New York, New York 10007 <br> (212) 637-2810 |

*\* Not yet admitted to practice law*

---

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(b).