

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

May 20, 2022

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

Re:   *Knight First Amendment Inst. at Columbia Univ. v. Fed. Bureau of Prisons*, No. 21 Civ. 6579 (JMF)

Dear Judge Furman,

On behalf of the parties in the above-referenced case brought by the Knight First Amendment Institute at Columbia University ("the Knight Institute"), against the Federal Bureau of Prisons ("BOP") and the U.S. Department of Justice (collectively, "Defendants"), we write respectfully to provide a status update as directed by the Court's order dated May 4, 2022, ECF No. 45.

Since the last status report, the parties have continued to attempt to resolve any outstanding issues. The parties met and conferred on May 18, 2022, and the BOP is preparing a seventh production of responsive records. In light of the parties' continuing and productive efforts, the parties respectfully request that the Court permit the parties to submit a further status report on June 10, 2022, advising the Court of the parties' progress.

Respectfully submitted,

DAMIAN WILLIAMS                   /s/ Alyssa Morones
United States Attorney            Alyssa Morones
                                  Stephanie Krent

| | |
|---|---|
| By:  s/ Anthony J. Sun<br>ANTHONY J. SUN<br>Assistant United States Attorney<br>86 Chambers St., 3rd Floor<br>New York, New York 10007<br>(212) 637-2810 | Alex Abdo<br>Knight First Amendment<br>  Institute at Columbia<br>  University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>(646) 745-8500<br>alyssa.morones@knightcolumbia.org |

Application GRANTED. SO ORDERED.

May 20, 2022