June 10, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

Application GRANTED. SO ORDERED.

June 13, 2022

      Re:    *Knight First Amendment Institute at Columbia University v. Federal Bureau of Prisons and U.S. Department of Justice*, No. 21 Civ. 6579 (JMF)

Dear Judge Furman:

    On behalf of the parties in the above-referenced case brought by plaintiff the Knight First Amendment Institute at Columbia University ("the Knight Institute"), against the Federal Bureau of Prisons ("BOP") and the U.S. Department of Justice, we write respectfully to provide a status update as directed by the Court's order dated May 20, 2022, Dkt. No. 49.

    Since the last status report, BOP has made an additional production of responsive, non-exempt records. Plaintiff has reviewed the production, and the parties agree that there are no outstanding questions remaining about the productions. As a result, the only remaining issue concerns attorneys' fees and costs, which the parties hope to resolve consensually. In order to provide the parties sufficient time to exchange relevant information and proposals on this topic, the parties respectfully request that the Court permit the parties to submit a further status report on July 8, 2022, advising the Court of the parties' progress.

                                                Respectfully submitted,

/s/ [1]
Alyssa Morones, *pro hac vice*
Stephanie Krent
Alex Abdo
Knight First Amendment Institute at Columbia
  University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

DAMIAN WILLIAMS
United States Attorney

By: s/ Anthony J. Sun
ANTHONY J. SUN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2810

---

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(b).