

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500
info@knightcolumbia.org

July 22, 2022

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2202
New York, NY 10007

Re: *Knight First Amendment Inst. at Columbia Univ. v. Fed. Bureau of Prisons*, No. 21 Civ. 6579 (JMF)

Dear Judge Furman,

On behalf of the parties in the above-referenced case brought by the Knight First Amendment Institute at Columbia University ("the Knight Institute"), against the Federal Bureau of Prisons ("BOP") and the U.S. Department of Justice (collectively, "Defendants"), we write respectfully to provide a status update as directed by the Court's order dated July 8, 2022, ECF No. 53.

Since the last status report, the parties have continued discussions on attorneys' fees and costs. The parties have agreed on a resolution to this issue, and require additional time to finalize a stipulation of dismissal. The parties propose that they file a stipulation of dismissal by August 5, 2022.

Respectfully submitted,

DAMIAN WILLIAMS            /s/ Alyssa Morones
United States Attorney     Alyssa Morones
                           Stephanie Krent
By: s/ Anthony J. Sun      Alex Abdo
ANTHONY J. SUN

| | |
|---|---|
| Assistant United States Attorney<br>86 Chambers St., 3rd Floor<br>New York, New York 10007<br>(212) 637-2810 | Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>(646) 745-8500<br>alyssa.morones@knightcolum-<br>  bia.org |